UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: GLYNN, | ) | NO. 1:16-mc-99 |
| | ) | Honorable Paul L. Maloney |
| JESSICA GLYNN, | ) | |
|       Movant, | ) | |
| -v- | ) | |
| | ) | |
| MARIE PAULE EPEE | ) | |
| and ERIC NGANDO EPEE, | ) | |
|       Respondents. | ) | |
| | ) | |

## JUDGMENT

Having resolved all pending matters in this case, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 19, 2016                    /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge